CC:SB:9:GL-119558-11

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

UNITED STATES OF AMERICA,    )
    )
    Petitioner,    )
    )
    v.    )    Civil Action No.
    )
CHARLES C. MOBERLY,    )
    )
    Respondent.    )

## DECLARATION

Jennifer Deaton declares:

1.    I am employed as a revenue officer in the Small Business/Self-Employed Division of the Internal Revenue Service at Corbin, KY  40701-2596.

2.    In my capacity as a revenue officer, I am conducting an investigation into the tax liability of Charles C. Moberly for the taxable years ended December 31, 2007, December 31, 2008, and December 31, 2009.

3.    In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on March 30, 2011, an Internal Revenue Service summons, Form 6638, to Charles C. Moberly, to give testimony and to produce for examination books, papers, records, or other data as described in said summons.  The summons is attached to the petition as Exhibit B.

4.    In accordance with section 7603 of Title 26, U.S.C., on March 30, 2011, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, by leaving a copy at respondent's last and usual

place of abode, as evidenced in the certificate of service on the second page of the summons.

5. On April 25, 2011, the respondent, Charles C. Moberly, did not appear. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the tax liability of Charles C. Moberly for the taxable years ended December 31, 2007, December 31, 2008, and December 31, 2009.

9. No Justice Department referral, as defined by 26 U.S.C., Sec. 7602(d), is in effect with respect to Charles C. Moberly for the years under investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of May, 2011.

Jennifer Deaton
Revenue Officer

2